

**FILED**
**JAN 27 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Ashley Sargent, et. al,
127 Hilda Dr.
Stafford, VA. 22556  Plaintiff,
571-277-2992

vs.

Sole Society,
8511 Steller Dr.
Culver City, CA.   Defendant
90231

Case: 1:14-cv-00103
Assigned To : Boasberg, James E.
Assign. Date : 1/27/2014
Description: Pro Se General Civil

)
) Sole Society,
) 8511 Steller Dr.
) Culver City, CA, 90231



    Plaintiff Ashley Sargent, et. al brings forth the following causes of action and alleges the following:

    1.    Ashley Sargent, et. al is a member of a group of individuals that reside within the jurisdiction of the United States of America.

    2.    Sole Society, is a Limited Liability Corporation, domiciled in the state of California, at the time of filing of this class action complaint. Sole Society, hereafter will be referred to as the Defendant's company, is currently operating from their Culver City, California, United States of America jurisdiction.

    3.    The Plaintiffs have formed a class that alleges that the Defendant's company knowingly and willfully misled this group of individuals from across the United States and across multiple jurisdictions by willfully disregarding privacy policy as described on their company's website and in verbal communications with several plaintiffs and advocates on or about September 24th, 2012.

    4. The Plaintiffs were contacted by the Defendant's company representatives via email requesting the Plaintiff's assistance in illegality

1  to obtain personal data by manipulating the Plaintiff in believing that they
2  were going to be compensated based upon the number of e-mail addresses and
3  other personal information provided to the Defendant's company by the
4  Plaintiff. The Plaintiffs allege that they contacted the Defendant's company
5  and the Defendant's company chief executive officer, board members, and other
6  senior staff members with questions and were provided with reassurances that
7  they were legal and within the scope of the law.
8      5. The Plaintiffs allege that Defendant's company utilized a deceptive
9  and illegal mechanism to data mine and micro-target this demographic class of
10 women for their benefit and knowingly had no intentions of reimbursing or
11 compensating these individuals after receiving many thousands of e-mail
12 addresses and other information to target potential customers through a
13 fraudulent contest titled, "Connect with your Sole Sisters Contest." The
14 email offered one credit worth $49.95 per every twenty emails that was
15 entered into the defendant's company online form found on the Defendant's
16 company website. One credit would be earned and placed in each Plaintiff's
17 Sole Society account after potential customers placed in the online form
18 system responded by joining the Defendant's company site. According to the
19 email, the contest would end as of September 30th, 2012.
20     4.   Defendant's company publicized this alleged contest and
21 announced, "Connect with your Sole Sisters contest" on its Facebook page as
22 well as through individual emails sent to each Plaintiff's email. The
23 Defendant's company encouraged fans to connect with each other via its
24 Facebook page. [E1]
25     5.   On or about September 26th, 2012, Plaintiffs contacted
26 Defendant's company via Defendant's company Facebook page as well as through
27 the Defendant's company online chat application to clarify the rules of the
28 contest. Plaintiffs asked expressly if the amount of emails they could add

and therefore credits associated to be earned was unlimited. Defendant's company stated that there was indeed no limit to how many emails Plaintiffs could submit nor credits Plaintiffs could earn. Defendant's company also stated in concurrent conversations on its Facebook page that the only way the Plaintiffs could be disqualified was if the Plaintiffs created duplicate email accounts to use within the contest. [E2]

6. Between the dates of September 24th - September 30th, 2013, Plaintiffs spent several hours gathering emails via their Facebook accounts and invite-only Facebook groups formed for the express purpose of providing a central meeting place for the Plaintiffs to gather and trade contact information, as well as a large amount of hours spent actually placing the emails one by one into the Defendant's online entry system. [E3]

7. On or about October 2nd, 2012, Plaintiffs contacted Defendant's company to inquire into the status of the contest. At that time, the Defendant's company informed Plaintiffs that earned credits would be placed in the Plaintiff's Sole Society account by October 5th, 2012. [E4]

8. On or about October 12th, 2012, after many inquiries by the Plaintiffs that mathematically the credits from the contest would be extensive, an email from Defendant's company stating that the Defendant's company representatives believed that participants of the contest had violated the rules of the contest and as such, the Defendant's company refused to honor the previous terms & conditions. The email also stated that the results of the contest were final. Furthermore, the Defendant's company insinuated malfeasance on the part of the Plaintiffs and stated they would compensate each participant one credit of $49.95 because the Defendant's company did not think it was fair to disqualify all participants from the contest. [E5]

Plaintiff brings forth the following counts and allegations supporting his cause of action:

### COUNT 1 – FRAUD

The Defendant's company deliberately misled Plaintiffs into believing that they would be compensated for the many long hours of work researching and accruing lists of contact information and using it to populate an online email database within the Defendant's website in an effort to have the Plaintiffs provide extensive data for marginal compensation at no cost to the Defendant's company and generate new sales, leads, referrals, and profit for the Defendant's company.

### COUNT 2 – BREACH OF CONTRACT

Defendant's company failed to comply with the terms and conditions [E6] listed in the original documentation as a contest. When questioned by the Plaintiffs, the Defendant's company avoided any direct communication provided to them via written letters, telephone calls, social media, and independent contractor facilitators to assist with the mediation process.

### COUNT 3 – UNAUTHORIZED USE OF INFORMATION

The Defendant's company improperly and maliciously utilized data and other information such as e-mails, ages, income, and other information gleaned from Plaintiff's accrual of data to broaden their advertising base and increase their sales substantially directly from their illegal activities. Plaintiff also alleges that Defendant's company sold Plaintiff's contact information to outside sources without permission.

### COUNT 4 – UNFAIR & DECEPTIVE BUSINESS PRACTICES

The Defendant's company used the Plaintiff to provide free labor to generate sales leads and to populate a large digital and social community. It is further alleged that the Defendant's company and their equity parent company, Nordstrom's of Seattle, Washington, were also culpable in this deceptive and illegal activity. Nordstrom's and Sole Society were provided with extensive documentation that precisely provided them with the exact number of Plaintiffs within this class that was deceived by this unfair business practice. The extent of culpability of both companies extended to the senior owners of Nordstrom's as well as the Defendant's company in Culver City, California. It is clear from the actions, or in actions, that the Defendant's company had no intention to honorably discharge their obligation to the Plaintiffs and further slandered the entire group by calling these individuals unjustified and unwarranted names that alleged criminal actions by these individuals in the media, social networking, and a complete revision of their policy and rules, after the fact. This Plaintiff group has provided abundant evidence into the many illegal activities that violated not only privacy violations and the methodology utilized by the Plaintiff in providing contact information that the Defendant's company then sold to outside parties for a profit.

### COUNT 5 – LACKING INFORMED CONSENT

Defendant's company led the Plaintiff to believe that the Plaintiff was entering a contest where the gathering of information would earn them a free item valued at a certain amount. Defendant's company encouraged Plaintiff to

1  gather emails via social media and email traffic but then used Plaintiff's
2  actions using social media as reasoning to change the terms of the contest
3  after the contest had ended. The Plaintiff asked the Defendant's company many
4  times for clarification during the contest. The Defendant's company
5  deliberately and willfully misled the Plaintiffs repeatedly by reassuring the
6  group to continue gathering emails even though the Defendant's company had no
7  intention of abiding by the terms and conditions of the contest. The
8  Defendant's company used deception, deceptive business practices, violated
9  interstate commerce laws and thus elevated this action to a federal crime;
10 the Defendant's company did not compensate or adequately address the repeated
11 attempts requested by various parties; and further aggravated the situation
12 by assaulting the character and reputation of those innocent individuals
13 involved. The Plaintiff is obligated to reimburse those individuals who have
14 elected to form a class that can show intent, damages, a formula to
15 compensate the individuals that provided many hours of uncompensated labor
16 accruing and inputting data into a database that would have cost the
17 defendant company in excess of over $1 million, not including the punitive
18 damages this class of Plaintiffs is seeking relief from the courts. The
19 Plaintiffs retained several experts at their own expense to assist them in
20 the assessment of this particular suit and any reasonable formula to
21 calculate the thousands of dollars had they receive for free had they
22 contracted out Web Development, design and content professionals to do the
23 same professional activities.
24
25                    **COUNT 6 – VIOLATION OF PRIVACY**
26
27     The Defendant's company accrued contact information for thousands of
28 customers in its online database through blatant manipulation and deceptive

1  practices. By tricking the Plaintiff into providing this information, the
2  Defendant's company violated the Plaintiff's privacy under federal and state
3  statutes. Further, the Defendant's company sold the Plaintiff's contact
4  information to outside companies without the Plaintiff's consent,
5  notification, or compensation. Furthermore, after the Defendant broke the
6  terms and conditions of the alleged "contest", they failed to delete the
7  information they accrued from the Plaintiffs, which was accrued by gross
8  manipulation and fraud by the Defendant's company, identity theft, and other
9  possible consequences both civil and criminal.

**COUNT 7 - SLANDER**

13  The Defendant's company intentionally utilized slander towards
14  Plaintiff's good name and nature by claiming that the Plaintiff broke the
15  terms and conditions of the contest. The Defendant's company also accused the
16  Plaintiff as a group of using nefarious purposes and social media to
17  manipulate the contest even though the contest was based upon social media
18  usage. The Defendant's company also accused the Plaintiff of creating
19  "duplication and erroneous entries" and other denigrated claims to discredit
20  the Plaintiff's good name after the contest was over.

**DAMAGES**

**(Sometimes called "Prayer for Relief")**

25  WHEREFORE, Plaintiffs have substantial evidence from a group of
26  individuals with identical claims that are seeking relief ordered by the
27  court, this illegal activity occurred to a much larger group. Many original
28  individuals seeking relief simply gave up or relegated themselves into

1  thinking that justice would take too long of a time. The remaining group of
2  roughly 100 individuals is seeking a combination of criminal and civil
3  malfeasance at the federal level in the amount of US ten million dollars.
4  However, estimates from independent sources suggest the group should seek one
5  million US dollars per individual for both the criminal and civil actions
6  along with the other allegations and fraudulent activity that is clearly
7  documented by the plaintiffs. With that in mind, the Plaintiff group is
8  seeking relief of $100 million together with attorney fees and court costs.

Dated this 27th day of January, 2014

Dated this 27th of January, 2014

*Ashley Sargent*
[Attorney Name]

EXHIBIT 1




Exhibit 2:

10/14/12                           Photos of Sole Society Class Action Lawsuit Interest Page














https://www.facebook.com/photo.php?fbid=604508534303&set=o.417858931611661&type=1&theater



**Tiffany Shoe A-Holic Howard** > **Sole Society**
4 hours ago

I hate to sound skeptical, but are you really giving away that many shoes? I think I've made around 150 new connections since yesterday. I don't want to get my hopes up that you're really going to give me 7 credits. What's the catch, loophole, whatever? If I have that many, I know there are members out there with a lot more. Is this real? You're really giving away this many shoes?

Like · Comment

Ashley Latham, Mia Rod and 4 others like this.

 **Miranda Guilbo** The email says "new" so I take that to mean that these should be people who are new to sole society and registered via your invite.
4 hours ago · Like

 **Tiffany Shoe A-Holic Howard** See, that may be the loophole. I took that to mean a new connection that you hadn't made. Because, the email also states that if they are already members, you would be automatically connected. If it's only new to SS members they are referring to, what does that mean?
4 hours ago · Like · 3

 **Charlene Boyachek** I wondered the same thing - it definitely could use some clarification
3 hours ago via mobile · Like · 2

 **Joyce A Moore** See the posts below and replies from Sharon, they don't have to be new members, they can be old members, they can be people who never made a purchase, they just have to be a new connection.
about an hour ago · Like · 1

 **Tiffany Shoe A-Holic Howard** Thanks, Joyce . I resume my normal skepticism.
about an hour ago via mobile · Like · 2

 **Joyce A Moore** Hahaha
about an hour ago · Like

 **Teah Fashoenista** lol
about an hour ago · Like

 **Sole Society** Tiffany Shoe A-Holic Howard there is no loophole. We really wanted you all to use the 'connection' feature on our site and what better motivator than shoes? The "New" connection stipulation means that you connect with 20 (or more) sole sisters that you previously weren't connected to before. They don't have to be "new" registrants to the site. Hope that helps clear things up. Thanks! - Sharon, Sole Society
22 minutes ago · Like · 5

 **Joyce A Moore** Wow!! The first will be like Christmas for me! Thank you so much Sole Society!!
18 minutes ago via mobile · Like

 **Tiffany Shoe A-Holic Howard** Sharon, just to clarify we will receive one credit for every 20 connections? So, if I have 160 new connections, I will receive 8 credits?
14 minutes ago · Like · 2

 **Sole Society** Tiffany Shoe A-Holic Howard - yes, that's correct! - Sharon, Sole Society
13 minutes ago · Like · 4

 **Joyce A Moore** OH MY GOSSSSSSSSSSSH
13 minutes ago · Like · 2

 **Tiffany Shoe A-Holic Howard** Thank you Sharon. It seems too good to be true. You guys rock! Thanks so much for the confirmation as well as the opportunity for free shoes!
12 minutes ago · Like · 3

 Write a comment...

EXHIBIT 3:



EXHIBIT 4:



EXHIBIT 5:

> **View email in browser**
> Ensure that you receive future messages by adding solesociety@email.solesociety.com to your address book
>
> # SOLESOCIETY
> INVITE FRIENDS, GET FREE SHOES
> MY ACCOUNT
>
> ## Congratulations!
> ## YOU'VE WON A
> ## FREE PAIR OF SHOES!
>
> *We appreciate your participation in the Sole Sister Connection Contest and your help with spreading the word about Sole Society.*
>
> Unfortunately many participants in the Sole Sister Connection promotion created connections and accounts in a manner that was in violation of the promotional rules and spirit of the promotion. However, given the level of legitimate support we received from our community through the Sole Sister Connection promotion, we do not think it fair to disqualify participants affected by such connections from receiving a credit under the promotion. As such, Sole Society has added 1 credit for $49.95 to each member's account who made the required number of connections under the Sole Sister Connection promotion. We appreciate your continued participation in the Sole Society community.
>
> XO,
> Sole Society
>
> FOR MORE INFORMATION ▶
>
> Note: Please be advised that the results of this contest are final. Our Member Care team has no additional information regarding this contest. Please call 877/447-9363 or email connectionscontest@solesociety.com with any questions or comments.
>
> Member Care Mon - Fri 7am - 5pm (PST) Tel 877.765.3009 Email membercare@solesociety.com
>
> If you would like to update your email preferences or unsubscribe, click here.
> For info about our privacy policy, click here.
> Sole Society 8511 Steller Drive, Culver City, CA 90232
> © 2012 SoleSociety, Inc. All rights reserved.

EXHIBIT 6:

> **Heather Kreider ▶ Sole Society Meet and Greet**
> 1 hour ago near Fairfax, VA
>
> FAQ's from Sole Society's website ;)
>
> What are the Sole Sister Connection contest rules?
> • Contest runs from 9/24/2012 to midnight PST 9/30/2012
> • Win a Sole Society Credit (valued at $49.95) for every 20 NEW connections that you make by inviting someone to connect via email
> o "NEW" connection is defined as someone whom you were not previously connected with on Sole Society.
> o NEW Connection can be NEW registrants to Sole Society or PRE-EXISTING members. Prize has NO cash value and is redeemable only for merchandise on SoleSociety.com
> • There is no limit to the number of credits you can win.



- There is no limit to the number of credits you can win.
- The Sole Society member who makes the MOST new connections during the contest period will win a YEAR of free shoes
  o A Year of free shoes is defined as 12 pairs of shoes valued at $49.95
  o Winner will receive a $600 credit (12x$49.95) in their Sole Society account
- Prize has NO cash value and is redeemable only for merchandise on Sole Society.com
- Terms: Promotion expires at midnight 9/30/2012. For every 20 connections made, member will receive a $49.95 Sole Society store credit in their account. Prize has no cash value and is redeemable for merchandise only. The winner of a year of free shoes will receive a $600 credit in their Sole Society account. Prize has no cash value and is redeemable for merchandise only.*
- *Sole Society may run promotions



- *Sole Society may run promotions designed to attract new members or increase sales. In connection with these promotions, any person that receives credits, coupons, prizes or other benefits from Sole Society by using multiple user accounts or email addresses, using false names, impersonating others, or through the use of any other fraudulent or misleading conduct, shall forfeit any credits, coupons, prizes or benefits obtained through such means and may be liable for civil and/or criminal penalties under applicable law

✔ Seen by 35

Unlike · Comment

👍 You, **Joyce A Moore** and **4 others** like this.



**Heather Kreider**
make note of this statement: There is no limit to the number of credits you

| Name | Email | Phone | # of Emails | Credits Earned |
|---|---|---|---|---|
| Meagan Neely O'Dell | miladymeg@yahoo.com | | 48 | 2 |
| Jennifer Chavez | jchavez@switchlv.com | 702-480-7897 | 472 | 23 |
| Crystal DeWalt | redhotchiligrl@gmail.com | 719-209-3462 | 265 | 13 |
| Teah Jones | teahlj@yahoo.com | 803-290-0831 | 350 | |
| Angela Manis | angiem0101@gmail.com | 210-380-1752 | 318 | 15 |
| Jenifer McIntyre | Jeniferlmcintyre@gmail.com | 402-320-5056 | 679 | 33 |
| Ebeliz Rodriguez | sweetlady_boricua@yahoo.com | 787-421-5646 | 197 | 9 |
| Becky Vickrey | becky.c.wood@gmail.com | 209-601-4449 | 260 | 13 |
| Lourdes Acasio | yuyisme@yahoo.com | 209-658-7683 | 255 | 12 |
| Erin Albrecht-Levchak | erin.m.albrecht@gmail.com | 952-210-3149 | 631 | 31 |
| Amanda Apgar | Mandatory17@aol.com | 707-332-3964 | 371 | 18 |
| Pamela Banks | pamelajbush@yahoo.com | 336-723-7117 | 180 | 9 |
| Ashley Bateman | ashleyjennifer419@yahoo.com | 585-507-6524 | 143 | 7 |
| Jessica Blizzard | jessicainclip@yahoo.com | | 282 | 14 |
| Charey Byous | dimonfixation@yahoo.com | 562-215-2555 | 77 | 3 |
| Shannon Clayton | hellogoodlookin@verizon.net | 951-443-8761 | 438 | 21 |
| Deitra Carter Clayton | Dcarter@msn.com | 951-943-2890 | 178 | 8 |
| Kristi Clifton | Kristi_clifton@hotmail.com | 701-799-8221 | 210 | 10 |
| Brittany Conoly | Brittsmitt03@yahoo.com | 214-538-8888 | 143 | 7 |
| Stephanie Roderick. | a_s.correia@hotmail.com. | 508-846-0702 | 249 | 12 |
| Nikki Dillon | Mslifestyleofrichandfamous@gmail.com | 224-558-9271 | 278 | 13 |
| Quanisha Dozier | justfabshay@gmail.com | | 147 | 7 |
| Kimberly Foster | kimaforrest315@ymail.com | 540-850-3346 | 134 | 6 |
| Neeyah Francois | neeyah.francois@gmail.com | 310-913-6555 | 80 | 4 |
| Chelsea Franklin | cesahthecaesar@yahoo.com | 404-388-2274 | 319 | 15 |
| Charon Gardner | lipstickmedia@yahoo.com | 562-298-3464 | 106 | 5 |
| Genece Hamby | genecelh@shibuistudio.com | 217-839-4853 | 370 | 18 |
| Donishia Gipson | dgaddies2000@yahoo.com | 707-386-4526 | 222 | 11 |
| Nicole Haremza | nicoleharemza@yahoo.com | 303-667-6261 | 255 | 12 |
| Kecia M. Harris | keciamarieaf@yahoo.com | 216-268-9256 | 373 | 18 |
| Patricia Jaime | jlulita@msn.com | 702-586-3945 | 465 | 23 |
| Natalie Keller | nkeller24@gmail.com | 952-594-9616 | 101 | 5 |

| Name | Email | Phone | # |
|---|---|---|---|
| Adelina Kepuska | adelina.prelvukai@gmail.com | 909-996-3007 | 225 | 11 |
| Khristine Vannelli | khrissyv@aol.com | 651.230.6431 | 315 | 15 |
| Taylor Korman | cleaningbytaylor@yahoo.com | 469-441-0029 | 235 | 11 |
| Stephanie L. Larson | tephiet1428@yahoo.com | 970-817-1099 | 161 | 8 |
| Chee Lee | cheelee7@gmail.com | 651-230-7529 | 510 | 25 |
| Rebecca Locke | rlocke@mlwebco.com | 323-839-9972 | 200 | 10 |
| Christina Lomeli | lomeli822@gmail.com | 661-547-8129 | 421 | 21 |
| Joyce Moore | HauteMommy@Me.com | 661.400.9466 | 380 | 19 |
| Jameelah Obaid | 3rdObaid@gmail.com | 661-728-7248 | 300 | 15 |
| Lucy O'Neill | lucyo912@hotmail.com | 309-648-4842 | 165 | 8 |
| Marlene Orr | marglazer@hotmail.com | 609-747-9233 | 337 | 16 |
| Patricia Frederick | plfrederick@cox.net | 702.876.3745 | 370 | 18 |
| Jenn Peterson | jennilyn0731@gmail.com | 805-205-4085 | 319 | 15 |
| Angela Pierce | greeneyedirishhottie@hotmail.com | | 360 | 18 |
| Veena Puri | puri.veena@yahoo.com | 469-939-7593 | 220 | 11 |
| Cheryl Quarles | Cheryl_quarles@yahoo.com | 715-416-0842 | 334 | 16 |
| Rashme Rafes | Colombian_chic86@yahoo.com | 443-882-4974 | 326 | 16 |
| Linda Reece | rlin997@gmail.com | 423-725-4234 | 303 | 15 |
| Jennifer F Ritthaler | bella_jenn78@yahoo.com | 503-577-9975 | 288 | 14 |
| Racquel Robinson | Racquel991@live.com | 209-471-8183 | 418 | 20 |
| Mia Rodgers | caramel1479@yahoo.com | 773-964-2866 | 183 | 9 |
| Ashley Sargent | jade21084@gmail.com | 571-277-2992 | 326 | 16 |
| Renee Scott | allformack@gmail.com | 251-295-3352 | 273 | 13 |
| Jodie Smith | jdivin@gmail.com | 479-422-9310 | 295 | 14 |
| Meisha Taylor | classymjackson@gmail.com | 205-382-7788 | 275 | 13 |
| Tracy Truban | TMTruban@comcast.net | 302-367-5805 | 201 | 10 |
| Rose Vaiz | dabratrose@msn.com | 661-305-8055 | 253 | 12 |
| Jovanna ventura | jovannaventura@hotmail.com | 786-972-9236 | 163 | 8 |
| Tonee Whitfield | gypsybelle20@hotmail.com | 214-493-6208 | 380 | 19 |
| Tara Wieczorek | wieczorekti@hotmail.com | 919-607-0436 | 221 | 11 |
| Tasia Woods | super.stardiva@rocketmail.com | 336-448-7040 | 384 | 19 |
| Christina Yantz | sparklestar331@gmail.com | 540-317-5750 | 60 | 3 |
| Rebecca Yantz | rebeccayantz@yahoo.com | 540-317-5750 | 134 | 6 |
| Jennifer Woodcock | jenn_woodcock@yahoo.com | 562-243-7172 | 231 | 11 |

| Beverly Flowers | mz_bev@yahoo.com | 314-566-3488 | 143 | 7 |
| Nicole Woods | chaotikharmonee@yahoo.com | 336-722-8442 | 249 | 12 |
| Yolanda Murphy | yolliemurphy@att.net | 661-972-3498 | 50 | 2 |
| Sandra J Manis | jojomanis2012@gmail.com | 423-923-7973 | 297 | 14 |
| Chasity Manis | chas1286@gmail.com | 423-631-9757 | 277 | 13 |
| Tamara Lyke | tlyke@gmail.com | | 220 | 11 |
| Mary Blavat | wishbone715@yahoo.com | 906-250-4221 | 173 | 8 |
| Chieme Ejirika | cejirika@gmail.com | 857-719-6814 | 261 | 13 |
| Talena Jensen | tcjensen30@gmail.com | 970-581-0999 | 137 | 6 |
| Toshia Robbins | toshia_r@hotmail.com | 541-285-1930 | 235 | 11 |
| Christina Cline | fluvsp@msn.com | 541-285-1930 | 256 | 12 |
| Jessie Whitlock | | | | |
| Kejone Henderson | Couturemommie@gmail.com | 909-522-6237 | 246 | 12 |
| Ernestine Frieson Murphy | Tinkerbellu2@hotmail.com | 661-822-0615 | 333 | 16 |